| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hall, Peter W | 2. Court or Organization<br><br>Court of Appeals -- 2d Cirsuit | 3. Date of Report<br><br>5/14/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge, Active | 5. Report Type (check appropriate type)<br><br>Nomination ☐ Date<br><br>Initial ☐ Annual ● Final ☐ | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>P.O. Box 885<br>Rutland, VT 05702-0885 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Member, Executive Committee | Sterry Waterman Inns of Court Chapter, Southern Vermont |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2001 | Shareholders in former law firm, Kenlan, Schwiebert & Facey, P.C.; continued participation (for fund manager's services only) in vested law firm 401(k) fund |

FINANCIAL DISCLOSURE OFFICE

2005 MAY 16 P 2: 56

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income – (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Aspen Institute and Ford Foundation | Oct. 15-17: Wye Woods, Queenstown, MD; non-FJC educational seminar (transportation, meals and room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Academic Management Services | Tuition payment plan #1 | None |
| 2. | Academic Management Services | Tuition payment plan #2 | J |
| 3. | MBNA America | Credit line | K |
| 4. | Capital One | Credit Card | K |
| 5. | Massachusetts Mutual Life Insurance Company | Loan against whole life value (inadvertently omitted from Nomination Rpt; figured as reduced cash value) | J |
| 6. | NationwideFinancial Services Insurance | against ... omitted from Nomination Rpt; figured as reduced cash value) | J |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CIGNA (common) | A | Dividend | J | T | | | | | |
| 2. Nationwide Financial Services (common) | A | Dividend | K | T | | | | | |
| 3. IRA: Fidelity Asset Manager Mutual Fund | A | Dividend | K | T | | | | | |
| 4. Manulife Financial -- U.S. Government Securities Fund▬ | A | Dividend | M | T | | | | | |
| 5. ▬ int. ▬ s in timber & land, Shaft bury, VT | | None | L | W | | | | | |
| 6. Rental portion of personal residence, Rutland, VT | D | Rent | K | W | | | | | See part VIII |
| 7. Nationwide Life Ins. Co. of Amer. whole life ins. Policy | A | Dividend | K | U | | | | | See part VIII |
| 8. Massachusetts Mutual Life Ins. Co. -- whole life ins. Policy | A | Dividend | K | U | | | | | See part VIII |

| 1 Income/Gain Codes | A | $1,000 or less | B | $1,001-$2,500 | C | $2,301-$5,000 | D | $5,001-$15,000 | E | $15,001-$50,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| (See Columns B1 and D4) | F | $50,001-$100,000 | G | $100,001-$1,000,000 | H1 | $1,000,001-$5,000,000 | H2 | More than $5,000,000 | | |
| 2 Value Codes | J | $15,000 or less | K | $15,001-$50,000 | L | $50,001-$100,000 | M | $100,001-$250,000 | | |
| (See Columns C1 and D3) | N | $250,001-$500,000 | O | $500,001-$1,000,000 | P1 | $1,000,001-$5,000,000 | P2 | $5,000,001-$25,000,000 | | |
| | P3 | $25,000,001-$50,000,000 | | | P4 | More than $50,000,000 | | | | |
| 3 Value Method Codes | Q | Appraisal | R | Cost (Real Estate only) | S | Assessment | T | Cash Market | | |
| (See Column C2) | U | Book Value | V | Other | W | Estimated | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII —Item 5 of Nomination Report — Allen Pond Assoc. Partnership was dissolved at the end of 2003 and thus was not in existence in 2004.

Part VII – Current report:
Item 6 — Rental portion of personal residence was inadvertantly omitted from the Nomination Report

Items 7 & 8 -- the two whole life insurance policies were reported in the Nomination report, but their cash values net of loans against the cash values was the figure used for Column C-1. This report reflects the booked cash values and the loan liabilities are reflected in Part VI. Items 5 & 6 -- Note these were accurately reflected in my financial disclosure report SF-278 filed on May 14, 2003 through the Executive Branch.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date ___5/14/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544